UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

CODA STOVALL

CRIMINAL ACTION

NO. 12-133-JJB-SCR

### RULING ON REPORT AND RECOMMENDATION

This matter is before the Court on a Motion (doc. 289) to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by petitioner Coda Stovall. The Magistrate Judge recommended (doc. 335) that the Motion be denied as procedurally barred. The petitioner filed an objection (doc. 338) to the recommendation.

The Court has carefully considered the motion, the record, the applicable law, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated July 1, 2014. The Court finds that the Magistrate Judge's findings of fact and conclusions of law are all correct and that there is no need to further address Petitioners' arguments as they have been duly considered and properly resolved by the Magistrate Judge.

After review, the Court hereby **APPROVES and ADOPTS** the Report and Recommendation (doc. 335) of the Magistrate Judge. Accordingly, the Motion (doc. 289) to Vacate, Set Aside, or Correct Sentence is **DENIED.**

Signed in Baton Rouge, Louisiana on August 4, 2014.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1